

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,

        Plaintiffs,                           Case No. 07 CIV 7875
                                              (Judge Batts)

        -against-                           AFFIDAVIT OF SERVICE

BACKER'S CLOTHES, INCORPORATED,

        Defendant.
-------------------------------------------------------------X
STATE OF CONNECTICUT    )
        S.S.:
COUNTY OF HARTFORD      )

        ERIC RUBIN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 14th day of September, 2007, at approximately the time of 11:16 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon BACKER'S CLOTHES, INCORPORATED c/o Bruce Backer, President at 236 Boston Post Road, Orange, CT, by personally delivering and leaving the same with ALAN YUDKIN who informed deponent that he holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

        ALAN YUDKIN is a white male, approximately 55 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 150 pounds with gray hair wearing glasses.

_____
ERIC RUBIN

Sworn to before me this
24th day of September, 2007

_____
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com