UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
                                    Plaintiffs,

-against-

BACKER'S CLOTHES, INCORPORATED,
                                    Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 7875 (DAB)**

STATE OF NEW YORK    )
                                 ) ss.
County of New York     )

Sabrina Brooks, being duly sworn, deposes and says:

1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2.    On December 18, 2007, I served the Defendant herein with a copy of the Default Judgment by causing a true copy of said Motion papers addressed to the Defendant at 236 Boston Road, Orange, Connecticut 06477 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 5880 and regular mail.

_____
Sabrina Brooks

Sworn to before me this 18th day of December 2007.

_Michele Reid_

**MICHELE REID**
**Notary Public, State of New York**
**No. 01RE6159608**
**Qualified in Kings County**
**Commission Expires** 01/22/2011