UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

-against-

BACKER'S CLOTHES, INCORPORATED,
Defendant.



**DEFAULT JUDGMENT**
**07 Civ. 7875 (DAB)**

This action having been commenced on September 7, 2007 by the filing of a Complaint, and copies of the Summons and Complaint having been served upon Defendant Backer's Clothes, Incorporated, a Connecticut corporation, by personal service upon Alan Yudkin, an agent authorized by appointment to receive service, on September 14, 2007, and proof of such service having been filed with the Court on September 27, 2007, and Defendant not having appeared, answered or moved with respect to the Complaint, and the time for appearing, answering or moving having expired,

**NOW, THEREFORE,** upon the application of Mark Schwartz, Esq., attorney for Plaintiffs, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Trustees of the UNITE HERE National Health Fund have judgment against Defendant Backer's Clothes, Incorporated for delinquent contributions for the period of January 2007 through and including July 2007 in the principal amount of $1,364.52, plus interest at one percent (1%) per month or part thereof for the period January 2007 through the date of judgment in the amount of $163.74, liquidated damages of twenty percent (20%) of the delinquent contributions in the amount of $272.90, all totaling $1,801.16 as of December 20, 2007; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Trustees of the UNITE HERE National Retirement Fund have judgment against Defendant Backer's Clothes, Incorporated for delinquent contributions for the period of January 2007 through and including July 2007 in the principal amount of $190.00, plus interest at one percent (1%) per month or part thereof for the period January 2007 through the date of judgment in the amount of $22.80, liquidated damages of twenty percent (20%) of the delinquent contributions in the amount of $38.00, all totaling $250.80 as of December 20, 2007; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the UNITE HERE National Health Fund and Trustees of the UNITE HERE National Retirement Fund have judgment

against Defendant Backer's Clothes, Incorporated for costs of the instant action in the amount of $350.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that Defendant Backer's Clothes, Incorporated is restrained and enjoined permanently from becoming or remaining delinquent in its contributions to Plaintiffs Trustees of the UNITE HERE National Health Fund and Trustees of the UNITE HERE National Retirement Fund, and ordering Defendant to make such contributions in accordance with the terms and conditions of the Funds' rules and regulations and the collective bargaining agreement between Defendant and Local 169 of the Amalgamated Northeast Regional Joint Board, UNITE HERE, and such other and further relief as may be proper; and it is further

**ORDERED, ADJUDGED AND DECREED** that interest continue to accrue at the legal rate from the date that judgment is entered until the judgment is paid.

Dated: December 20, 2007
New York, New York

_Deborah A. Batts_
Deborah A. Batts
United States District Judge


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____