UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
                              Plaintiffs,

-against-

BACKER'S CLOTHES, INCORPORATED,
                              Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 7875 (DAB)**

STATE OF NEW YORK    )
                              ) ss.
County of New York    )

Sabrina Brooks, being duly sworn, deposes and says:

1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2.    On December 26, 2007, I served the Defendant herein with a copy of the signed Default Judgment by causing a true copy of said Motion papers addressed to the Defendant at 236 Boston Road, Orange, Connecticut 06477 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 5897 and regular mail.

                                                                       Sabrina Brooks

Sworn to before me this 26th day of December 2007.

DAVID SAPP
Notary Public, State of New York
No. 31-4983926
Qualified in New York County
Commission Expires July 8, 20 11